CLOSED

# U.S. District Court
## Western District of Louisiana (Lake Charles)
## CIVIL DOCKET FOR CASE #: 2:07-cv-01199-RTH-CMH

Rutherford v. Davol Inc et al
Assigned to: Chief Judge Richard T Haik, Sr
Referred to: Honorable C Michael Hill
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/18/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Walter W Rutherford**

represented by **Matthew E Lundy**
Lundy & Davis (LC)
P O Box 3010
Lake Charles, LA 70602-3010
337-439-0707
Fax: 337-439-1029
Email: mlundy@lundydavis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**

**Defendant**

**C R Bard Inc**

ATTEST: A TRUE COPY
DATE 9/11/07
ROBERT H. SHEMWELL, CLERK
BY L. Williams
Deputy Clerk, U.S. District Court
Western District of Louisiana

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2007 | | FILING FEE: on behalf of Walter W Rutherford in the amount of $350.00, receipt number 24635000623 (crt,Monceaux, P) (Entered: 07/20/2007) |
| 07/18/2007 | | CASE assigned to Judge Richard T Haik, Sr and C Michael Hill. (crt,Dean, S) (Entered: 07/20/2007) |
| 07/18/2007 | 1 | COMPLAINT against Davol Inc, C R Bard Inc with Jury Demand, filed by Walter W Rutherford. (Attachments: # 1 Civil cover sheet)(crt,Dean, S) (Entered: 07/20/2007) |
| 08/06/2007 | 2 | MONTIEL'S TENTH NOTICE of Tag-Along Actions to Judicial Panel on Multidistrict Litigation re: Kugel Mesh Hernia Patch Litigation MDL #1842 (crt,Reeves, T) (Entered: 08/16/2007) |

| | | |
|---|---|---|
| 09/04/2007 | 3 | LETTER from Clerk of Judicial Panel on Multidistrict Litigation to Clerk of District of Rhode Island enclosing copy of Conditional Transfer Order (CTO-3) and advising 15-day period has elapsed and no opposition was received. In re: Kugel Mesh Hernia Patch Products Liability Litigation (crt,Reeves, T) (Entered: 09/06/2007) |
| 09/06/2007 | 4 | ORDER FOR MULTI-DISTRICT LITIGATION TRANSFER directing transfer to Rhode Island, with certified copy of the docket sheet, and a copy of the complaint and letter of transmittal forwarded to receiving court with letter containing instructions for the electronic record to be accessed through our web site if needed. All future pleadings should be filed with the newly assigned court. Case Terminated. (Attachments: # 1 Letter of Transmittal) (crt,Williams, L) (Entered: 09/11/2007) |